# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
February 13, 2023

Lyle W. Cayce
Clerk

———————————

No. 22-20134
Summary Calendar

———————————

United States of America,

*Plaintiff—Appellee*,

*versus*

Joaquin Guillermo David-Usuga,

*Defendant—Appellant*.

———————————————————————

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:18-CR-469-1

———————————————————————

Before King, Higginson, and Willett, *Circuit Judges*.
Per Curiam:[*]

The attorney appointed to represent Joaquin Guillermo David-Usuga has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). David-Usuga has filed a response. The record is not sufficiently developed to allow us to make a fair evaluation of David-Usuga's

———————————————

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 22-20134

claims of ineffective assistance of counsel; we therefore decline to consider the claims without prejudice to collateral review. *See United States v. Isgar*, 739 F.3d 829, 841 (5th Cir. 2014).

We have reviewed counsel's brief and the relevant portions of the record reflected therein, as well as David-Usuga's response. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.